**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| Arah Muaba Bey,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Nevada Power Company, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:22-cv-01661-CDS-VCF<br><br>**Order to Administratively Close Case** |

　　　　Judge Silva ordered plaintiff to either file an in forma pauperis application on the Court's approved form or pay the filing fee by November 10, 2022. ECF No. 7. Plaintiff appealed Judge Silva's order, and I ordered that plaintiff could refile his IFP application, if appropriate, within thirty days after his appeal to the Ninth Circuit is complete. ECF No. 12. On March 1, 2023, the Ninth Circuit dismissed the appeal. ECF No. 13. Plaintiff has not filed an IFP application and the thirty day deadline to do so has passed. Since plaintiff has not commenced this action, I order that this case be administratively closed.

　　　　ACCORDINGLY,

　　　　I ORDER that the Clerk of Court is directed to administratively CLOSE this case.

**<u>NOTICE</u>**

　　　　Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

　　　　This circuit has also held that (1) failure to file objections within the specified time and (2)

failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.

    IT IS SO ORDERED.

    DATED this 25th day of April 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

2